JS-6

NOTE CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUGUST BOHANEC AND MARIA F. BOHANEC, INDIVIDUALLY, AND AS TRUSTEES OF THE BOHANEC FAMILY TRUST DATED MAY 13, 1999, BANK OF AMERICA<br><br>Defendants. | No. 2:21-cv-09727-DDP-GJS<br><br>Judgment |

Based on the Stipulation for Judgment between Plaintiff, United States of America, and Defendants, August Bohanec and Maria F. Bohanec, Individually, and as Trustees of the Bohanec Family Trust dated May 13, 1999, and for good cause shown:

1.  Judgment is entered in favor of the United States and against taxpayers August Bohanec and Maria F. Bohanec, jointly and severally, for $529,218.14 in unpaid taxes and penalties, plus interest and statutory additions thereon as provided by law from the date of each assessment based on their income tax liabilities for the 2005, 2006, 2007, 2009, and 2010 income tax years and taxpayer August Bohanec for $28,843.29 in

unpaid taxes and penalties, plus interest and statutory additions thereon as provided by law from the date of each assessment based on his income tax liability for the 2008 income tax year.

    2.    Judgment is hereby entered in favor of the United States on Count II of its Complaint. The United States has valid federal tax liens for the liabilities described in Paragraph 1, above, and the United States' liens attach to the real property described in Paragraph 5 and Exhibit A to the Complaint in this action. August and Maria F. Bohanec are the owners of that real property and the Bohanec Family Trust dated May 13, 1999, is only the nominal title holder.

    3.    The United States' federal tax liens are hereby foreclosed subject to the parties' Stipulation for Judgment that the United States agrees to forebear seeking an order of foreclosure and judicial sale at this time and will reopen this case and submit an order of sale in accordance with the Stipulation for Judgment.

    4.    This order administratively closes this case. The Court retains jurisdiction for purposes of enforcing judgment.

IT IS SO ORDERED.

Dated: 6/7/2022

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE